TRIANGLE INDUSTRIES, INC. v. PALO ALTO
PROPERTIES CORP.

July 12, 1984.

Petition for certification denied.

IN THE MATTER OF COUNTY OF MORRIS AND PARK
COMMISSION OF MORRIS COUNTY v. MORRIS
COUNCIL # 6, N.J.C.S.A.

July 12, 1984.

Petition for certification denied.

VIRGIL POPESCU v. MIDLAND'ROSS COMPANY.

July 12, 1984.

Petition for certification denied.

MANTOLOKING SHORES PROPERTY OWNERS ASSOCIATION
v. TOWNSHIP OF BRICK AND ROY J. WINANS.

July 12, 1984.

Petition for certification denied.